UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAURICIO RODRIGUEZ CELIS, )<br>        Plaintiff, )<br>v. )<br>)<br>NORTHWESTERN UNIVERSITY )<br>SCHOOL OF LAW and INSTITUTO )<br>DE EMPRESA, S.L., )<br>        Defendants. ) | Case No. 14-2998<br><br>Honorable Sara L. Ellis<br>Magistrate Judge Susan E. Cox |

## STIPULATION TO DISMISS

NOW COME the plaintiff, MAURICIO CELIS, and the defendants, NORTHWESTERN UNIVERSITY and INSTITUTO DE EMPRESA, S.L., by their respective undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to a voluntary dismissal of this action, with prejudice, each party to bear their own fees and costs.

                        Respectfully submitted:

*s/ Rosa Tumialán-Landy*
Rosa Tumialán-Landy
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312)-627-2139

Phillip Hecht
Law Office of Phillip H. Hecht PLLC
2855 Tilden St., NW
Washington, DC 2008
Telephone: (202) 686-5073

*Attorneys for Plaintiff Mauricio Celis*

*s/ Anna Wermuth*
Anna Wermuth
Jenny Goltz
Katelan Little
MECKLER BULGER TILSON MARICK & PEARSON LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 474-7900
*Attorneys for Defendant Northwestern University*

*s/ Marcia Goodman*
Marcia Goodman
Mayer Brown LLP
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7953
*Attorneys for Defendant Instituto Impresa S.L.*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 18, 2014, I caused the foregoing document to be filed with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all registered participants.



                                              /s/ *Rosa M. Tumialán*